## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WILSON, PATINA | § | Case No. 12-17378 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE U.S. BANKRUPTCY COURT
          219 S. Dearborn Street
          Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/03/2013 in Courtroom 615,
          United States Courthouse
          219 S. Dearborn Street
          Chicago, Illinois  60602
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/05/2013_____      By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WILSON, PATINA | § | Case No. 12-17378 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 25,000.00 |
| and approved disbursements of | $ | 15,783.65 |
| leaving a balance on hand of[1] | $ | 9,216.35 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $   2,000.00 | $   0.00 | $   2,000.00 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $   5,950.00 | $   0.00 | $   5,950.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $   110.05 | $   0.00 | $   110.05 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $   980.03 | $   0.00 | $   980.03 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $   14.05 | $   0.00 | $   14.05 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 9,054.13 |
| Remaining Balance | $ | 162.22 |

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,048.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 4,902.40 | $ 0.00 | $ 37.78 |
| 000002 | FIA CARD SERVICES, N.A. | $ 3,079.81 | $ 0.00 | $ 23.74 |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 10,851.36 | $ 0.00 | $ 83.63 |
| 000004 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 549.83 | $ 0.00 | $ 4.24 |
| 000005 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 1,603.55 | $ 0.00 | $ 12.36 |
| 000006 | PORTFOLIO INVESTMENTS II LLC | $ 62.02 | $ 0.00 | $ 0.47 |

Total to be paid to timely general unsecured creditors        $_____162.22

Remaining Balance        $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
                                    Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 12-17378-JSB
Patina Wilson                                                   Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: dross          Page 1 of 3         Date Rcvd: Aug 06, 2013
                           Form ID: pdf006       Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2013.
```
db         +Patina Wilson,    7553 S Prairie Avenue,   Chicago, IL 60619-2216
aty        +FrankGecker LLP,    325 N. LaSalle Street,    Suite 625,   Chicago, IL 60654-6465
aty         Zane L Zielinski,    Frank/Gecker LLP,    325 North LaSalle Street,    Suite 625,
             Chicago, IL  60610
18838884   ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court: Bank Of America,    Po Box 982238,   El Paso, TX 79998)
18838885   +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
18838886   +Citibank,    P.O. Box 6094,    Sioux Falls, SD 57117-6094
18838887   +City of Chicago,    Goldman and Grant,    205 W Randolph,   Chicago, IL 60606-1867
18838888   +Cook County Treasurer,    Law Department,    118 N. Clark St., Rm 212,   Chicago, IL 60602-1589
18838889   +Cook County Treasurer,    Law Department,    118 N. Clark St., Suite 212,   Chicago, IL 60602-1589
18838891    ECMC,    PO Box 64909,    Saint Paul, MN 55164-0909
19756129    FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,   Greensboro, NC 27410
18838893   ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
            (address filed with court: Hsbc/Bsbuy,    Po Box 5519,   Wilmington, DE 19850)
18838894   +Hsbc/Carsn,    Po Box 15521,   Wilmington, DE 19850-5521
20026301   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541)
18838896   +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
18838897   +US Bank Home Mortgage,    4801 Frederica Street,    Owensboro, KY 42301-7441
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19699913    E-mail/PDF: mrdiscen@discoverfinancial.com Aug 07 2013 02:34:17    Discover Bank,
             DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
18838890   +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 07 2013 02:34:17    Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
18838892    E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2013 02:28:18    Gecrb/Jcp,   Po Box 984100,
             El Paso, TX 79998
18838895   +E-mail/Text: Bankruptcy@icsystem.com Aug 07 2013 02:27:39    I C System Inc,   Po Box 64378,
             Saint Paul, MN 55164-0378
19986059   +E-mail/Text: resurgentbknotifications@resurgent.com Aug 07 2013 02:14:09
             PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
             Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
20038889    E-mail/PDF: rmscedi@recoverycorp.com Aug 07 2013 02:33:14    Portfolio Investments II LLC,
             c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, Florida  33131-1605
18838899    E-mail/Text: group_legal@creditunion1.org Aug 07 2013 02:19:31    USA One National Credit Union,
             4749 Lincoln Drive,   Matteson, IL 60443
18838898   +E-mail/Text: group_legal@creditunion1.org Aug 07 2013 02:19:31    Usa One National Credi,
             4749 Lincoln Mall Dr Ste,   Matteson, IL 60443-3806
                                                                                  TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20026304*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,    successor to GE MONEY BANK,
             by PRA Receivables Management LLC,    PO Box 41067,   Norfolk, VA 23541)
                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

District/off: 0752-1          User: dross              Page 2 of 3              Date Rcvd: Aug 06, 2013
                             Form ID: pdf006          Total Noticed: 24

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2013**                    **Signature:**        _Joseph Speetjens_

District/off: 0752-1          User: dross            Page 3 of 3           Date Rcvd: Aug 06, 2013
                             Form ID: pdf006          Total Noticed: 24

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2013 at the address(es) listed below:
          Frances  Gecker   on behalf of Accountant Alan  Lasko fgecker@fgllp.com,
            fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          Frances  Gecker    fgecker@fgllp.com,
            fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          James L Hardemon    on behalf of Debtor Patina  Wilson bknotices@legalremedieschicago.com,
            jhardemon@legalremedieschicago.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Paul B. Fichter    on behalf of Creditor    Credit Union 1 pfichter@creditunion1.org,
            kwort@creditunion1.org;lmichel@creditunion1.org
          Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@fgllp.com,
            csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                      TOTAL: 6