**UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| WILSON, PATINA | § | Case No. 12-17378 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                   Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:                   Claims Discharged
                                                    Without Payment:


Total Expenses of Administration:

---

    3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Frances Gecker_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | US Bank Home Mortgage 4801 Frederica Street Owensboro, KY 42301 |  |  |  |  |  |
|  | USA One National Credit Union 4749 Lincoln Drive Matteson, IL 60443 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MORTGAGE - SOUTH CENTRAL BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| (SEE HUD) | | | | | |
| WATER BILL | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| 2011 REAL ESTATE TAXES | | | | | |
| 2012 REAL ESTATE TAXES | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANKGECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| CHICAGO R.E. RESOURCES COMMISSION | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer Law Department 118 N. Clark St., Rm 212 Chicago, IL 60602 | | | | | |
| | Cook County Treasurer Law Department 118 N. Clark St., Suite 212 Chicago, IL 60602 | | | | | |
| | ECMC PO Box 64909 Saint Paul, MN 55164-0909 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | City of Chicago Goldman and Grant 205 W Randolph Chicago, IL 60606 | | | | | |
| | Hsbc/Bsbuy Po Box 15519 Wilmington, DE 19850 | | | | | |
| | I C System Inc Po Box 64378 Saint Paul, MN 55164 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/Cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | |
| | Usa One National Credi 4749 Lincoln Mall Dr Ste Matteson, IL 60443 | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | FIA CARD SERVICES, N.A. | | | | | |
| 000006 | PORTFOLIO INVESTMENTS II LLC | | | | | |
| 000004 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000005 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-17378    JSB    Judge: Janet S. Baer | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- |
| Case Name: | WILSON, PATINA | Date Filed (f) or Converted (c): | 04/27/12 (f) |
| | | 341(a) Meeting Date: | 05/29/12 |
| For Period Ending: | 11/07/13 | Claims Bar Date: | 02/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY HOME LOCATION: 7553 S PRAIRIE AVENUE | 90,000.00 | 0.00 | | 0.00 | FA |
| 2. SINGLE FAMILY HOME 6954-56 S. YALE, CHICAGO, IL  6 | 0.00 | 25,000.00 | | 25,000.00 | FA |
| 3. FINANCIAL ACCOUNTS<br>Savings Account - TCF Bank<br>Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS<br>Household Furnishings - Living Room, Kitchen Appliances, Bedroom Furniture, TV, Computer<br>Debtor Claimed Exemption | 900.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL<br>Used Clothing<br>Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA |
| 6. INSURANCE POLICIES<br>Term Life Insurance Beneficiary - Son Death benefit amount - 44,000 | 0.00 | 0.00 | | 0.00 | FA |
| 7. PENSION / PROFIT SHARING<br>Pension<br>Debtor Claimed Exemption | 30,000.00 | 0.00 | | 0.00 | FA |
| 8. VEHICLES<br>2007 Toyota Solara - 100,000 miles | 8,350.00 | 0.00 | | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 17.03a

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 12-17378    JSB    Judge: Janet S. Baer | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | WILSON, PATINA | Date Filed (f) or Converted (c): | 04/27/12 (f) |
| | | 341(a) Meeting Date: | 05/29/12 |
| | | Claims Bar Date: | 02/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $129,550.00 | $25,000.00 | | $25,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

Initial Projected Date of Final Report (TFR): 05/01/13     Current Projected Date of Final Report (TFR): 07/01/13

    /s/    Frances Gecker
_____ Date: _____
    FRANCES GECKER

LFORM1

UST Form 101-7-TDR (5/1/2011) (Page: 9)

Ver: 17.03a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-17378 -JSB | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | WILSON, PATINA | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8977 GENERAL CHECKING |
| Taxpayer ID No: | *******7853 | | | |
| For Period Ending: | 11/07/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/07/12 | 2 | CHICAGO TITLE & TRUST COMPANY<br>10 S. LASALLE STREET<br>CHICAGO, IL 60603<br><br>(SEE HUD) | | | 9,288.85 | | 9,288.85 |
| | | | Memo Amount: 25,000.00<br>Sale of Real Property | 1110-000 | | | |
| | | | Memo Amount: ( 3,911.92 )<br>2012 REAL ESTATE TAXES | 2820-000 | | | |
| | | | Memo Amount: ( 2,212.50 )<br>ESCROW FEE, TAXES, WATER CERT. | 2500-000 | | | |
| | | | Memo Amount: ( 4,711.64 )<br>2011 REAL ESTATE TAXES | 2820-000 | | | |
| | | | Memo Amount: ( 814.68 )<br>MORTGAGE - SOUTH CENTRAL BANK | 4110-000 | | | |
| | | | Memo Amount: ( 4,000.00 )<br>CHICAGO R.E. RESOURCES COMMISSION | 3510-000 | | | |
| | | | Memo Amount: ( 60.41 )<br>WATER BILL | 2500-000 | | | |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 9,288.85 | 0.00 |

Page Subtotals 9,288.85 9,288.85

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-17378 -JSB | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | WILSON, PATINA | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8977 GENERAL CHECKING |
| Taxpayer ID No: | *******7853 | | | |
| For Period Ending: | 11/07/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Memo Allocation Receipts: | 25,000.00 | COLUMN TOTALS | | 9,288.85 | 9,288.85 | 0.00 |
| | | Memo Allocation Disbursements: | 15,711.15 | Less: Bank Transfers/CD's | | 0.00 | 9,288.85 | |
| | | | | Subtotal | | 9,288.85 | 0.00 | |
| | | Memo Allocation Net: | 9,288.85 | Less: Payments to Debtors | | | 0.00 | |
| | | | | Net | | 9,288.85 | 0.00 | |

Page Subtotals            0.00            0.00

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-17378 -JSB | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | WILSON, PATINA | Bank Name: | Bank of New York Mellon |
| | | Account Number / CD #: | *******7303  GENERAL CHECKING |
| Taxpayer ID No: | *******7853 | | |
| For Period Ending: | 11/07/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 9,288.85 | | 9,288.85 |
| 02/14/13 | 010000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Blanket Bond #016026455 | 2300-000 | | 8.38 | 9,280.47 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 7.57 | 9,272.90 |
| 03/11/13 | | Bank of New York Mellon | BANK SERVICE FEES | 2600-000 | | 2.43 | 9,270.47 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 13.78 | 9,256.69 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 13.32 | 9,243.37 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 13.74 | 9,229.63 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 13.28 | 9,216.35 |
| 09/09/13 | 010001 | FRANCES GECKER FRANK/GECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 2,000.00 | 7,216.35 |
| 09/09/13 | 010002 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 | Attorney for Trustee Fees (Trustee | | | 6,060.05 | 1,156.30 |

Page Subtotals          9,288.85        8,132.55

Ver: 17.03a

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-17378 -JSB | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | WILSON, PATINA | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******7303  GENERAL CHECKING |
| Taxpayer ID No: | *******7853 | | | |
| For Period Ending: | 11/07/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL  60654 | | | | |
| | | | Fees          5,950.00 | 3110-000 | | |
| | | | Expenses        110.05 | 3120-000 | | |
| 09/09/13 | 010003 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS  60603 | Accountant for Trustee Fees (Other | | | 994.08 | 162.22 |
| | | | Fees            980.03 | 3410-000 | | |
| | | | Expenses         14.05 | 3420-000 | | |
| 09/09/13 | 010004 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Claim 000001, Payment 0.77% | 7100-000 | | 37.78 | 124.44 |
| 09/09/13 | 010005 | FIA CARD SERVICES, N.A.<br>4161 PIEDMONT PARKWAY<br>NC4 105 03 14<br>GREENSBORO, NC 27410 | Claim 000002, Payment 0.77% | 7100-000 | | 23.74 | 100.70 |
| 09/09/13 | 010006 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Claim 000003, Payment 0.77% | 7100-000 | | 83.63 | 17.07 |
| 09/09/13 | 010007 | United States Bankruptcy Court | Claim 000004, Payment 0.77% | 7100-000 | | 4.24 | 12.83 |
| | | | Page Subtotals | | 0.00 | 1,143.47 | |

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 5

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-17378 -JSB | | Trustee Name: | Frances Gecker |
| Case Name: | WILSON, PATINA | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******7303  GENERAL CHECKING |
| Taxpayer ID No: | *******7853 | | | |
| For Period Ending: | 11/07/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 219 S. Dearborn Street<br>Chambers 615<br>Chicago, IL 60604 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>SUCCESSOR TO GE MONEY BANK<br>BY PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41067<br>NORFOLK, VA 23541 | | | | |
| 09/09/13 | 010008 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>SUCCESSOR TO GE MONEY BANK<br>BY PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41067<br>NORFOLK, VA 23541 | Claim 000005, Payment 0.77% | 7100-000 | | 12.36 | 0.47 |
| 09/09/13 | 010009 | United States Bankruptcy Court<br>219 S. Dearborn Street<br>Chambers 615<br>Chicago, IL 60604 | Claim 000006, Payment 0.76%<br>PORTFOLIO INVESTMENTS II LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS<br>CORP<br>25 S.E. 2ND AVENUE, SUITE 1120<br>MIAMI, FLORIDA 33131-1605 | 7100-000 | | 0.47 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 9,288.85 | 9,288.85 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 9,288.85 | 0.00 | |
| | | Subtotal | 0.00 | 9,288.85 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 9,288.85 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 25,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 15,711.15 | GENERAL CHECKING - ********8977 | 9,288.85 | 0.00 | 0.00 |
| | | GENERAL CHECKING - ********7303 | 0.00 | 9,288.85 | 0.00 |
| Total Memo Allocation Net: | 9,288.85 | | | | |
| | | Page Subtotals | 0.00 | 12.83 | |

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-17378 -JSB | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | WILSON, PATINA | Bank Name: | Bank of New York Mellon |
| | | Account Number / CD #: | *******7303  GENERAL CHECKING |
| Taxpayer ID No: | *******7853 | | |
| For Period Ending: | 11/07/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 9,288.85 | 9,288.85 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: __/s/     Frances Gecker_____  Date: 11/07/13
                    FRANCES GECKER

Page Subtotals                                                       0.00            0.00

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*